IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMEN DELIA RODRIGUEZ,** | : | Civil No. 1:20-CV-01702 |
| Plaintiff, | : | |
| v. | : | |
| **MASTRONARDI PRODUCE-USA, INC.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 25th day of June, 2021, upon consideration of Defendant Mastronardi Produce-USA Inc.'s motion to compel arbitration and stay, and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that (1) the motion is **DENIED** without prejudice; (2) the parties are granted thirty days to conduct limited discovery on the issue of whether Plaintiff Carmen Delia Rodriguez's claims are governed by a valid arbitration agreement; and (3) at the close of thirty days, or after discovery is complete, Mastronardi may file a renewed motion to compel arbitration, which will be reviewed by this court under a motion for summary judgment standard. All other discovery will be stayed for that period of time, and until such time as the court decides the issue of arbitrability.

s/Sylvia H. Rambo
United States District Judge